UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD YAHYAPOUR GHAZVINI,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No.:  26cv1785-LL-DDL<br><br>**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 AND DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>[ECF Nos. 2, 9] |

Before the Court are Petitioner Farhad Yahyapour Ghazvini's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 9 ("Pet.")] and Motion for Temporary Restraining Order [ECF No. 2], alleging that his detention without an informal interview and meaningful opportunity to be heard violates the Fifth Amendment's Due Process Clause and *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is "no significant likelihood of removal in the reasonably foreseeable future." Pet. at 7–14.

Respondents filed a Return, in which they state that their counsel is "unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future" and "therefore acknowledge that Petitioner

is entitled to be released from custody subject to conditions of supervision." ECF No. 10 at 1.

Accordingly, the Court **ORDERS** as follows:

1. Petitioner's Amended Petition for Writ of Habeas Corpus is **GRANTED**.

2. Petitioner's Motion for Temporary Restraining Order is **DENIED AS MOOT**.

3. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to supervision pursuant to 8 U.S.C. § 1231(a)(3).

4. Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal and follow all applicable statutory and regulatory procedures.

5. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated:  April 17, 2026

_____
Honorable Linda Lopez
United States District Judge

26cv1785-LL-DDL